IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| PENNY SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 121-055 |
| | ) | |
| | ) | |
| WALMART, INC., and A.B.C., | ) | |
| | ) | |
| Defendants. | ) | |

_____

**O R D E R**

_____

Defendant Walmart, Inc., removed this case to the Southern District of Georgia from the Superior Court of Richmond County on March 25, 2021. At that time, the Clerk of Court issued a Removal Notice to All Counsel of Record informing Reid Sanders, Plaintiff's counsel, he must file a notice of appearance or motion for admission *pro hac vice* within ten days. (Doc. no. 3.) On May 3, 2021, the parties submitted the report of the Rule 26(f) conference with attorney Eric Beaton signing both for Defendant and on behalf of Mr. Sanders for the Plaintiff. (Doc. no. 7, p. 6.) However, Mr. Sanders has not made an appearance, and no other attorney has appeared on behalf of Plaintiff. By Friday, May 7, 2021, Plaintiff's counsel shall enter an appearance file his notice of appearance or notify the Court of Plaintiffs' intentions.

SO ORDERED this 5th day of May, 2021, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA