IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| PENNY SMITH, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV 121-055 |
| WALMART, INC., and A.B.C., | ) ) ) | |
| Defendants. | ) | |

_____

**O R D E R**
_____

The April 14, 2022 Revised Scheduling Order directed the parties to file a Joint Status Report by June 15, 2022, concerning the opportunity to engage in mediation prior to summary judgment motions. (Doc. no. 24.) The deadline for the parties to file the Joint Status Report as set forth in the Court's Scheduling Order has passed, however, no Joint Status Report has been filed. Accordingly, the Court **ORDERS** the parties to file a Joint Status Report in accordance with the Court's April 14th Order on or before <u>Friday, June 24, 2022</u>.[1]

SO ORDERED this 22nd day of June, 2022, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Joint Status Report can be found on the Court's website under Forms, Judge Epps Instructions and Forms, Civil, Joint Status Report Form - for Judge Hall / Judge Epps.