IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| PENNY SMITH, | * |
| Plaintiff, | * |
| v. | *   CV 121-055 |
| WALMART, INC., et al., | * |
| Defendants. | * |

ORDER

Before the Court is the Plaintiff's motion for dismissal with prejudice. (Doc. 29.) Upon due consideration, the Court finds dismissal proper pursuant to Federal Rule of Civil Procedure 41(a)(2).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees except as otherwise agreed.

**ORDER ENTERED** at Augusta, Georgia, this 22nd day of September, 2022.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA